UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID JOSE CALDERON GUAYLUPO, Petitioner,

v. Civil Action No. 3:26-cv-892-DJH

JEFF TINDALL, Jailer, Oldham County Detention Center et al., Respondents.[1]

* * * * *

# ORDER

Petitioner David Jose Calderon Guaylupo, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (D.N. 1) and this Order on Respondent Jeff Tindall.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before November 23, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before November 25, 2026**.

[1] The petition names Samuel Olson as the ICE Field Office Director. (*See* Docket No. 1, PageID.1, 4 ¶ 14) Pursuant to Federal Rule of Civil Procedure 25(d), the current Acting ICE Chicago Field Office Director, Frank Padula, is automatically substituted as a respondent. The Court will order that the docket be modified accordingly.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before November 23, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Oldham County Detention Center. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to substitute Frank Padula, Acting U.S. Immigration and Customs Enforcement Chicago Field Office Director, as a respondent in the record of this matter.

November 19, 2026

**David J. Hale, Chief Judge**
**United States District Court**